AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

VIOLATION: 18 U.S.C. § 1542 –
False Statement in Application for
United States Passport

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
10 yrs. imprisonment; 3 yrs. supervised release; $250,000 fine; $100 special assessment

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
Department of State

☑ person is awaiting trial in another Federal or State Court, give name of court
Solano County, California

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM          SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      BRYAN R. WHITTAKER, SAUSA

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ SCOTT WAYNE ALLEN,

DISTRICT COURT NUMBER

CR07-00510  MJJ

FILED
AUG - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT ----

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges     ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of Institution
SOLANO COUNTY, CA

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed

DATE OF ARREST  ▶  Month/Day/Year  6/8/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: OAKLAND

CR07-00510 MJJ

FILED
AUG - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

E-filing

SCOTT WAYNE ALLEN,
a/k/a Karl Fonner,

DEFENDANT.

## INDICTMENT

VIOLATION: 18 U.S.C. § 1542 – False Statement in
Application for United States Passport

A true bill.

_____
Foreman

Filed in open court this 2nd day of
August, 2007

_____
Clerk

Bail, $ No bail, arrest warrant.
Wayne D. Brazil   8-2-07

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| 2 | United States Attorney |

MJJ

**FILED**
AUG - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT WAYNE ALLEN,
    a/k/a Karl Fonner,

    Defendants.

) CR07-0510
)
) VIOLATION: 18 U.S.C. § 1542 – False
) Statement in Application for United States
) Passport;
)
)
)
) OAKLAND VENUE
)
)

## INDICTMENT

The Grand Jury charges:

On or about July 16, 2001, in the Northern District of California, the defendant,

SCOTT WAYNE ALLEN,
a/k/a Karl Fonner

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of the passport under the authority of the United States, for his own use and the use of another contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that he submitted to the Concord, California United States Post Office an application in that in such application the defendant stated that his name was Karl Fonner, which statement he knew to be false; and did willfully and knowingly

ALLEN INDICTMENT

cause a passport to be issued by making a false statement and did use the passport secured through a false statement to travel to a foreign country; all in violation of Title 18, United States Code, Section 1542.

DATED:

August 2, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: _____)
SAUSA WHITTAKER

ALLEN INDICTMENT