| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK LISA CLARK | | REPORTER/FTR 10:01:33-10:09 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE WAYNE D. BRAZIL | DATE 10/15/07 | | NEW CASE [ ] | CASE NUMBER CR-07-510 MJJ |

### APPEARANCES

| DEFENDANT SCOTT WAYNE ALLEN | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT JEROME MATTHEWS | PD. [x] RET. [ ] APPT. [x] |
|---|---|---|---|---|---|
| U.S. ATTORNEY GEORGE BEVAN | INTERPRETER | | | FIN. AFFT SUBMITTED [x] | COUNSEL APPT'D [x] |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER AMELIA BERTHELSEN | | | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT [ ] OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| | INITIAL APPEAR | | PRELIM HRG | | MOTION | | JUGM'T & SENTG | | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| time | | time | | time | | time | | time | |
| | I.D. COUNSEL | [x] | ARRAIGNMENT | | BOND SIGNING | | IA PET TO REV PRB | | BAIL REVIEW |
| time | | time | | time | | time | | time | |
| | DETENTION HRG | | REMOVALHRG | | CHANGE PLEA | | PROB. REVOC. | | SUP REL HRG |
| time | | time | | time | | time | | time | |

### INITIAL APPEARANCE

| [x] ADVISED OF RIGHTS | [x] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [x] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE |
|---|---|---|---|---|
| PROPERTY TO BE POSTED [ ] CASH $ | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] | |
| [ ] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [ ] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [x] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 10/26/07 | [ ] I.D. COUNSEL | [ ] BOND SIGNING | [ ] STATUS RE: CONSENT | [ ] STATUS/TS |
|---|---|---|---|---|
| AT: 10:00 AM | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR | [ ] CHANGE OF PLEA | [ ] BAIL REVIEW |
| BEFORE HON. WDB | [x] DETENTION HEARING | [ ] ARRAIGN-MENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY/ REMOVAL | [ ] PRETRIAL CONFERENCE | [ ] PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS

CC: IVY; MJJ CLERK; PRETRIAL