UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:  MARTIN J. JENKINS**

**Date**: November 1, 2007

**Case No:** CR 07-00510 MJJ

**Case Title**: UNITED STATES v.  SCOTT WAYNE ALLEN (present, I/C)

**Appearances:**

    For the Government: Bryan Whittaker

    For Defendant(s): Jerome Matthews

**Interpreter:**                                                          **Probation Officer:**

**Deputy Clerk**:  Rowena B. Espinosa                **Court Reporter**: Sylvia Russo

### *PROCEEDINGS*

1.  Change of Plea - held

### *SUMMARY*

- The Court accepts the guilty plea entered by the defendant.
- Only the criminal history is needed on the PSR.
- This matter is continued to **Friday, 12/21/07 at 2:30 in OAK for Sentencing**.