# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

December 19, 2007

The Honorable Martin J. Jenkins
United States District Judge
450 Golden Gate Ave.
Courtroom 11
San Francisco, CA 94102

    Re:    <u>United States v. Scott Wayne Allen</u>
            CR-07 00510 MJJ

Dear Judge Jenkins:

    Scott Wayne Allen will appear before the Court for sentencing on December 21, 2007. The plea agreement contemplates a four month sentence, of which two are to be served in custody and two in a halfway house. Based on the date of his initial appearance in federal court, it appears that Mr. Allen has served two months in custody. Accordingly, the parties are requesting that the Court direct the U.S. Marshals to "roll up" Mr. Allen, i.e. bring him to his appearance with his clothes and belongings, so that he may be released following the hearing.

    U.S. Probation Officer Charles Mabie is coordinating Mr. Allen's immediate placement at Cornell Corrections following his release.

    A proposed release order is enclosed.

    Please feel free to contact our office if the Court desires anything further.

                      Respectfully submitted,

                      BARRY J. PORTMAN
                      Federal Public Defender

                      /S/

                      JEROME E. MATTHEWS
                      Assistant Federal Public Defender

cc:    AUSA Bryan Whittaker
       USPO Charlie Mabie