1 | BARRY J. PORTMAN
Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 12th St. –Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant SCOTT WAYNE ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07 00510 MJJ |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER RELEASING DEFENDANT FROM CUSTODY |
| vs. | ) | |
| SCOTT WAYNE ALLEN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Scott Wayne Allen be released from custody forthwith. Mr. Allen is directed to reside at Cornell Corrections Center for a period two months as directed by U.S. Probation.

Dated: December ___, 2007

_____
MARTIN J. JENKINS
United States District Judge

[PROPOSED] RELEASE ORDER                1