BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th St. –Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SCOTT WAYNE ALLEN

RECEIVED
UNITED STATES MARSHAL

2007 DEC 21 PM 4:20

NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED

DEC 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT WAYNE ALLEN,<br><br>Defendant. | No. CR-07 00510 MJJ<br><br>[~~PROPOSED~~] ORDER RELEASING DEFENDANT FROM CUSTODY |

IT IS ORDERED that Scott Wayne Allen be released from custody forthwith. Mr. Allen is directed to reside at Cornell Corrections Center for a period two months as directed by U.S. Probation.

Dated: December 21, 2007

MARTIN J. JENKINS
United States District Judge

[PROPOSED] RELEASE ORDER                    1