UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: December 21, 2007

FILED
DEC 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No: CR 07-00510-01              **Judge: Martin J. Jenkins**

Reporter: Diane Skillman            Clerk: Ivy Garcia for Monica Narcisse

Defendant(s):                        Defense Counsel:

SCOTT WAYNE ALLEN    Present? Y   In Custody? Y    Jerome Matthews

_____ Present? __  In Custody? __  _____

_____ Present? __  In Custody? __  _____

_____ Present? __  In Custody? __  _____

_____ Present? __  In Custody? __  _____

_____ Present? __  In Custody? __  _____

US Attorney:              Interpreter:              US Probation Officer:
James Mann appeared
for Bryan Whittaker       None                       None

Reason for Hearing:                                  Ruling:

JUDGMENT AND SENTENCING - HELD

Notes: JUDGMENT: Deft. shall be committed to the custody of Bureau of Prisons to be imprisoned for 2 months. The deft. shall be given credit for the 2 months time already served in custody. Upon release from imprisonment, the deft. shall be on Sup. Release for 3 yrs. The deft. shall reside for 2 months in Cornell Corrections Halfway House, beg. on 12/21/07 & shall observe the rules & regulations of that facility; the deft. shall participate in drug/alcohol abuse prog.; the deft. shall cooperate in the collection of DNA; the deft. shall pay a spec. assessment of $100 to the U.S. Fine waived bec. of deft's inability to pay. The Court signed the Order releasing the deft. from custody.

Case continued to: _____ for _____

Case continued to: _____ for _____

Case continued to: _____ for _____

  Motions to be filed by _____; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category: __  Begins: _____  Ends: _____

cc: Debbie Maghoney for Monica Narcisse, Probation