**FILED**

JAN 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>SCOTT WAYNE ALLEN,<br>　　　　Defendant. | No. CR-07-00510-01 MJJ<br>**SEALING ORDER** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒　Presentence Report

☐　Plea Agreement

☐　_____
　　(Other)

**IT IS SO ORDERED.**

Dated: 1/3/2008

MARTIN J. JENKINS
United States District Judge

cc: Debbie Maghoney; Copy to parties via ECF, Probation