## UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

**FILED**
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Scott Wayne Allen          Docket No.: CR 07-00510-01 MJJ

Name of Sentencing Judge: Martin J. Jenkins
United States District Judge

Date of Original Sentence: December 21, 2007

Original Offense:
Count 1: False Statement in Application for United States Passport, 18 U.S.C. § 1542, a Class C felony

Original Sentence: Imprisonment for a total of Two months; Supervised release for a term of Three years.
Special Conditions: community confinement two months; drug/alcohol treatment; DNA collection;

Type of Supervision: Supervised Release      Date Supervision Commenced: December 21, 2007
Assistant U.S. Attorney: Bryan R. Whittaker    Defense Counsel: Jerome Matthews (AFPD)

### Petitioning the Court

To modify the conditions of supervision as follows:

The offender shall reside for a period of up to six (6) months, to commence at a time and date as directed by the United States Probation Officer, in a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

### Cause

Mr. Allen has been residing at Cornell Corrections since December 21, 2007. The offender has searched for employment; however, he has been unable to secure employment. Mr. Allen has no familial ties in the Northern District of California. This order extends his stay at the half-way house until August 21, 2008. Placement at the residential Reentry Center for up to six months should allow the offender time to save money and establish a residence.

NDC-SUPV-FORM 12B(1) 03/23/05

Scott Wayne Allen                                                                          Page 2
CR 07-00510-01 MJJ

The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Address of offender:     111 Taylor Street
                         San Francisco, CA 94102

Respectfully submitted,                         Reviewed by:

_____                 _____
Bobby H. Love, Jr.                              Amy Rizor
U.S. Probation Officer                          Supervisory U.S. Probation Officer

Date Signed: February 14, 2008

---

THE COURT ORDERS:

☑ The offender shall reside for a period of up to six (6) months, to commence at a time and date as directed by the United States Probation Officer, in a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


_2/18/2008_____              _____
Date                                    Martin J. Jenkins
                                        United States District Judge

NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Scott Wayne Allen
Docket No.: CR07-00510-001 MJJ

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision**

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall reside for a period of up to six (6) months, to commence at a time and date as directed by the United States Probation Officer, in a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Francisco.

Signed: _____   Date: 13-Feb-08
       Probationer or Supervised Releasee

Witness: _____   Date: 2/13/08