# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: | Scott Wayne Allen | Docket No.: CR 07-00510-01 MJJ |

FILED

AUG 2 2008

RICHARD W. WIEKING
NORTHERN...
OAKLAND CALIFORNIA

Name of Sentencing Judge: Martin J. Jenkins
United States District Judge

Date of Original Sentence: December 21, 2007

Original Offense:
Count 1: False Statement in Application for United States Passport, 18 U.S.C. § 1542, a Class C felony

Original Sentence: Imprisonment for a total of Two months; Supervised release for a term of Three years.
Special Conditions: community confinement two months; drug/alcohol treatment; DNA collection; and $100 special assessment.

**Prior Forms 12:** On February 19, 2008, the Court modified the offender's supervised release conditions to include up to six months in a Residential Reentry Center.

Type of Supervision: Supervised Release   Date Supervision Commenced: December 21, 2007
Assistant U.S. Attorney: Bryan R. Whittaker   Defense Counsel: Jerome Matthews (AFPD)

### Petitioning the Court

To modify the conditions of supervision as follows:

The offender shall reside for a period of up to six (6) months, to commence at a time and date as directed by the United States Probation Officer, in a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

### Cause

Mr. Allen has been residing at Cornell Corrections since December 21, 2007. The offender has searched for employment; and previously has been unable to secure employment. At the time of

NDC-SUPV-FORM 12B(1) 03/23/05

Scott Wayne Allen
CR 07-00510-01 MJJ

this writing, Mr. Allen contacted the undersigned officer and informed that he has secured employment which begins tomorrow morning. On July 9, 2008, Mr. Allen graduated from the trade program, City Build. Mr. Allen has no familial ties in the Northern District of California. His plans are to move to the Up From Darkness residential program once he establishes a sufficient savings. This order extends his stay at the half-way house until February 20, 2008. Placement at the residential Reentry Center for up to six months should allow the offender time to earn income from his new employment utilizing the skills he learned while at City Build.

The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Address of offender:

Respectfully submitted,                                    Reviewed by:

Bobby H. Love, Jr.                                         Amy Rizor
U.S. Probation Officer                                     Supervisory U.S. Probation Officer

Date Signed: August 19, 2008

---

THE COURT ORDERS:

☑ The offender shall reside for a period of up to six (6) months, to commence at a time and date as directed by the United States Probation Officer, in a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

AUG 2 7 2008

Date

Martin J. Jenkins
United States District Judge

NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA

Defendant Name:  Scott Wayne Allen

Docket No.:  CR07-00510-001 MJJ

### Waiver of Hearing to Modify Conditions of Probation/Supervised
### Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside for a period of up to six (6) months, to commence at a time and date as directed by the United States Probation Officer, in a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Francisco.

Signed: _____    Date: *19-August-08*
        Probationer or Supervised Releasee

Witness: _____    Date: *8/19/08*
        Bobby H. Love, Jr.
        U.S. Probation Officer